# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

U.S.

v.

James Galante, et. al.

CASE NUMBER: 3:06CR161 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

James Galante

United States District Court
District of Connecticut
FILED AT NEW HAVEN
_____ 20__
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

6/9/06
**Date**

_____
**Connecticut Federal Bar Number**

203-787-0275
**Telephone Number**

203-782-0278
**Fax Number**

HKEEFE@LTKE.COM
**E-mail address**

_____
**Signature**

HUGH F. KEEFE
**Print Clearly or Type Name**

52 Trumbull St.
**Address**

New Haven, CT 06510

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24