UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          Docket No. 3:06CR161(EBB)

v.

JAMES GALANTE                     June 9, 2006

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and
(f), the Government hereby requests that the defendant be ordered
detained prior to trial.

I.   Eligibility of Case

This case is eligible for pretrial detention because it
involves:

_____    a crime of violence as defined in Title 18, United
           States Code, Section 3156;

_____    an offense for which the maximum sentence is life
           imprisonment or death;

_____    an offense for which a maximum term of imprisonment
           of ten years or more is prescribed in the
           Controlled Substances Act (21 U.S.C. §801 et seq.),
           the Controlled Substances Import and Export Act (21
           U.S.C. 951 et seq.), or section 1 of the Act of
           September 15, 1980 (21 U.S.C. §955a);

_____    any felony committed after the defendant has been
           convicted of two or more of the prior two offenses
           or two or more State or local offenses that would

have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

_____ a serious risk that the defendant will flee; and/or

__X__ a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II. <u>Reason for Detention</u>

The court should detain defendant because there are no conditions of release which will reasonably assure:

_____ the defendant's appearance as required; and/or

__X__ the safety of any other person and the community.

III. <u>Rebuttable Presumption</u>

The Government will invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

_____ the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

_____ an offense described in Title 18, United States

-2-

Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

_____ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

_____ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code.

IV.   <u>Time for Detention Hearing</u>

     The Government requests that the court conduct the detention hearing:

     **X**                at the defendant's first appearance;

                     after a continuance of three days.

              Respectfully submitted,

              KEVIN J. O'CONNOR
              UNITED STATES ATTORNEY

              MICHAEL J. GUSTAFSON
              ASSISTANT UNITED STATES ATTORNEY
              Federal Bar No. ct01503
              157 Church Street
              New Haven, CT 06510
              (203) 821-3700