AO 187 (Rev. 7/87) Exhibit and Witness List  ⊕

# United States District Court

DISTRICT OF —————

v.

James Calante

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:06CV-161(EBB)

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE Ellen B. Burns | | | PLAINTIFF'S ATTORNEY R. Milvi] Gustafson | | DEFENDANT'S ATTORNEY Hugh Keefe |
| TRIAL DATE(S) June 9, 2006 | | | COURT REPORTER Chiludi/ Malone | | COURTROOM DEPUTY B. Radco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/9/06 | ✓ | | Jim Calante - Community Donations/awards |
| 2 | | 6/9/06 | ✓ | | letters w/ J. Calante |