# United States District Court

DISTRICT OF _____

USA
v.
Jamie Ballante

**EXHIBIT ~~AND WITNESS~~ LIST**

CASE NUMBER: 3:06cr161 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen B. Burns | R. Miller / M. Gustafson | Hugh Keefe |

| ~~TRIAL~~ DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| June 9, 2006 | K. Ghilardi / P. Malone | B. Rodko |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/9/06 | ✓ | ✓ | CD w/ wire taps |

FILED 2006 JUN 19 A 10:19 U.S. ... COURT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages