# UNITED STATES DISTRICT COURT

DISTRICT OF CT

**EXHIBIT AND WITNESS LIST**

USA v. Galante

Case Number: 3:06cr161 (EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Gustafson / Miller | Keefe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/27/06 | I. Sanchez | M. Rucocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A | 6/27/06 | ✓ | ✓ | Witness Statements re: Hockey Game |
| | B | 6/27/06 | ✓ | ✓ | Appraisal – Weldon Woods Road |
| | C | 6/27/06 | ✓ | ✓ | Correspondence btn. Keefe + AUSA's ofc. |
| | D | 6/27/06 | ✓ | ✓ | Character references |
| | E | 6/27/06 | ✓ | ✓ | Medical Report of Mrs. Galante |
| | F | 6/27/06 | ✓ | ✓ | Correspondence re: self surrender |
| | G | 6/27/06 | ✓ | ✓ | Orders of Judge Hall from case 98cr56 |
| | H | 6/27/06 | ✓ | ✓ | Documents re: Mr. Ianniello |
| | I | 6/27/06 | | | Monsignor Martin Ryan – New Fairfield, CT |
| 1 | | 6/27/06 | ✓ | ✓ | Calls played by Gov't & video of office incident |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages