IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                                     :
UNITED STATES OF AMERICA                             :    3:06 CR 161 (EBB)
                                                     :
v.                                                   :
                                                     :
JAMES GALANTE                                        :    DATE: JUNE 30, 2006
                                                     :
-----------------------------------------------------x
```

ORDER

In accordance with Rule 4 of the Local Rules of Criminal Procedure, all discovery shall proceed in accordance with the Standing Order for Discovery.

Any substantive motions, such as motions to dismiss or motions to suppress, together with memoranda in support, shall be filed on or before **July 21, 2006**. The Government shall file its memoranda in opposition to defendant's motion(s) on or before **August 4, 2006**. If oral argument or evidentiary hearings are necessary, they shall be requested in writing, on or before **August 6, 2006**.

Jury selection is tentatively scheduled for **September 12, 2006, at 10:00 a.m.**, subject to the time between arraignment and trial being extended while the Court has motions under consideration or otherwise as the Court may order.

Dated at New Haven, Connecticut, this 30th day of June, 2006.

SO ORDERED.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT