Criminal (12-15-07)

TOTAL TIME: ___ hours ___ minutes    DEPUTY CLERK **M. Ruocco** (PTR)/ECRO/TAPE    HONORABLE **Ellen Burns**
USPO _____    INTERPRETER **I. Sanchez**

DATE **6/3/08**    START TIME **10:00**    END TIME **11:00**

## CRIMINAL COURTROOM MINUTES (check all boxes that apply):

- [ ] IA-INITIAL APPEARANCE
- [ ] IA-REVOCATION
- [ ] IA-RULE 5
- [ ] ARRAIGNMENT
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] PROBABLE CAUSE HRG
- [ ] CONFLICT HEARING
- [x] CHANGE OF PLEA HRG
- [ ] WAIVER/PLEA HEARING
- [ ] EXTRADITION HEARING
- [ ] EVIDENTIARY HEARING
- [ ] IN CAMERA HEARING
- [ ] COMPETENCY HEARING
- [ ] FORFEITURE HRG
- [ ] MISCELLANEOUS HRG
- [ ] STATUS CONFERENCE

CR # **3:06cr161**   DEFT # **2**
UNITED STATES OF AMERICA
vs
_____

**R. Miller / M. Gustafson**, AUSA

**H. Keefe**
Counsel for Defendant Ret - (R), CJA - (C), PDA - (P)

**Retained B. Maffeo for cop. defts.**

- [ ] Deft failed to appear. Oral Motion for issuance of Warrant - [ ] Granted [ ] Denied [ ] Bond FORFEITED
- [ ] Arrest date (CT case): _____ [ ] case unsealed; or [ ] Rule 5 arrest, District of _____
- [ ] CJA 23 Financial Affidavit filed [ ] under seal
- [ ] Order appointing Federal Public Defender's Office filed
- [ ] Court appoints Atty. _____ to represent deft for [ ] this proceeding only [ ] all proceedings
- [ ] Appearance of _____ filed
- [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [x] Plea Agreement Letter filed [ ] under seal; [ ] Special Assessment of $100.00/$50.00/$25.00 to be paid immediately
- [x] Counts **2, 15, 81** of the _____ (indictment, (superseding indictment), information, etc.)
- [ ] Plea of [ ] not guilty [x] guilty [ ] nolo contendere
- [ ] Petition to Enter Guilty Plea filed
- [ ] Deft motions due _____; Govt. responses due _____
- [ ] Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] Hearing on Pending Motions scheduled for _____ at _____
- [ ] Jury Selection set for _____ at _____
- [x] Remaining count(s) to be dismissed at sentencing
- [x] Sentencing set for **8/22/08** at **2:00PM**
- [ ] Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Govt's oral Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Order of Detention filed
- [ ] Deft ordered removed/committed to originating/another District of _____
- [ ] No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] Waiver of Rule 5 Hearing filed
- [ ] Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] Bond [ ] set at $ _____ [ ] reduced to $ _____ [ ] Non-surety [ ] Surety [ ] PR
- [x] Bond [ ] revoked [ ] reinstated [x] continued [ ] modified
- [ ] Defendant detained
- [ ] Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] Set Attorney Flag

[ ] SEE reverse for [ ] conditions of bond [ ] additional proceedings

CONDITIONS OF BOND

☐ .... Travel restricted to Connecticut or extended to _____ upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ .... Deft must reside at _____

☐ .... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion

☐ .... Deft ☐ must surrender passport by 4:00 p.m. on _____; ☐ must not apply for a passport.

☐ .... Deft must refrain from the possession of firearms or dangerous weapons.

☐ .... Deft must maintain employment or actively seek employment.

☐ .... Deft must refrain from any use or unlawful possession, or distribution of a narcotic drug.

☐ .... As set forth in the Order Setting Conditions of Release.

☐ .... _____

ADDITIONAL PROCEEDINGS

☒ Deft's oral motion *corporated dftg* to w/D actions filed by companies ☒ granted ☐ denied ☐ advisement
☐ . Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Deft's oral motion _____ ☐ granted ☐ denied ☐ advisement
☒ . Govt's oral motion to seal Attachment B of plea agn. ☒ granted ☐ denied ☐ advisement
☐ . Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ . Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....# Deft _____ motion _____ ☐ granted ☐ denied ☐ advisement
☒ ....# Govt's motion for prelim. order of for. - Milo ☐ granted ☐ denied ☒ advisement
☒ ....# Govt's motion for partial rel. + rescission ☒ granted ☐ denied ☐ advisement
☒ ....... Govt mot. for prelim. order of for. - Galanti ☒ filed ☒ granted ☐ denied ☐ advisement
☐ ....... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ....... _____ ☐ filed ☐ granted ☐ denied ☐ advisement
☐ ....... _____ ☐ filed ☐ granted ☐ denied ☐ advisement