# Attachment 1

## NEW FAIRFIELD PUBLIC SCHOOLS

*3 Brush Hill Road, New Fairfield, CT  06812*

*Dr. Kathleen L. Matusiak, Superintendent of Schools*
*Mr. William M. Oros, Assistant Superintendent of Schools*

*312-5772*
*(203) 312-5770*
*(203) 312-5755*
*FAX (203) 312-5609*
www.newfairfieldschools.org

August 26, 2003

Mr. and Mrs. James Galante
10 Weldon Woods Road
New Fairfield, CT  06812

Dear Jim and Roseanne:

I am overwhelmed with your generous gift to the New Fairfield Public Schools and the Town of New Fairfield.  Your donation of over $600,000 to renovate the New Fairfield High School football field, purchase new bleachers, renovate the track, provide beautiful landscaping, pave the student parking lot and install a marquee exceeds my imagination.  The Board of Education was so proud and awed in accepting it, as they voted to name it *The Galante Stadium*.  To have made these contributions at the time when we were also enhancing athletic facilities with STEAP grant monies, has provided us with an amazing complex that far exceeds what we could have dreamed for a year ago.

Students and staff are so excited about this incredible showpiece.  On behalf of the administrative team and the Board, I extend deepest gratitude to you and your family for your generosity.  We are thrilled about what you have helped us accomplish for our students this summer!  Thank you.

Sincerely,

Kathleen L. Matusiak
Superintendent of Schools

KLM:cm
cc:  Craig Semple
     Alicia Roy
     Paul Hoffmann
     Cosmo Civale
     Board of Education

## *NEW FAIRFIELD PUBLIC SCHOOLS*

*3 Brush Hill Road, New Fairfield, CT  06812*

*Dr. Kathleen L. Matusiak, Superintendent of Schools*   *(203) 312-5770*
*Mr. William M. Oros, Assistant Superintendent of Schools*   *(203) 312-5755*
*FAX (203) 312-5773*
**www.newfairfieldschools.org**

September 10, 2002

Mr. and Mrs. James Galante
10 Weldon Woods Road
New Fairfield, CT  06812

Dear Roseanne and Jimmy:

What an incredible gift you gave to the town of New Fairfield and particularly to the students at New Fairfield High School and New Fairfield Middle School.  Your gift of $80,000 to be put toward high school athletics and middle school intramurals and extracurricular activities is very much appreciated.  On behalf of the Board of Education and our secondary school community, I sincerely thank you for your incredible generosity.

I was impressed with what you said in the September 6th Danbury *News Times*, indicating that you feel it a "privilege" to make this contribution.  I agree that "we have to keep kids engaged in activities" and this gift will make it possible for every student to participate in activities that match his/her interests.

Thank you so much for acting on your convictions and thinking of the New Fairfield Public Schools in this altruistic way.  Words cannot express our gratitude.

Sincerely,

Kathleen L. Matusiak
Superintendent of Schools

KLM:cm
cc:  Administrative Council
    Dan Garrick
    Peggy Katkocin
    Board of Education

# 𝑖𝑡𝑖𝑧𝑒𝑛 𝑁𝑒𝑤𝑠

**35¢**

PRESORTED
STANDARD A
U.S. POSTAGE PAID
DANBURY, CT
PERMIT #534

**1972: Your Hometown Newspaper Delivered Weekly to New Fairfield and Sherman**    **SEPTEMBER 10, 2003**



A view of Galante Stadium. Craig Semple, Athletic Director, with Roseanne and Jim Galante.    *Photos by Diane Montuoro*

# NFHS Football Field Pride of School
## *New Galante Stadium "Second to None" Says Coach*

### By DAVE DUNLEAVEY

NFHS - Craig Semple witnessed the celebration on the field last season after the New Fairfield High School football team had just staged a remarkable comeback to win its homecoming game against Joel Barlow.

"The kids were so excited but the field was a mud bath," said New Fairfield's athletic director. "There wasn't a blade of grass left. It was embarrassing."

Luckily resident Jim Galante felt the same way about the deteriorating football stadium. "I stood there and saw no grass on the field, potholes, not a level spot and crooked light poles," Mr. Galante said. "I also felt that there was no school pride or camaraderie among the sports team. I said then 'I'm going to rebuild this stadium' and if that doesn't instill school pride then nothing will."

From that day forward, Mr. Semple, along with Phil Ross, the school's director of building and grounds and a host of contractors, have been busy making Mr. and Mrs. Galante's dream a reality.

On Sept. 19, the school will dedicate the new football field that will be named Galante Stadium. The new state-of-the-art facility bears no resemblance to the antiquated 35-year-old football field. All the grass has been ripped out and replaced with 108,000 square feet of sod. Underneath new drainage and electrical systems are in place. The biggest eyesore, concrete bleachers, have been replaced with aluminum benches that seat 1,200 people on the home side and 400 visitors across the way.

Goal posts, the same used in National Football League stadiums, will be in place soon and will compliment a new 30-foot-long-by-10-foot-high scoreboard that is powered by light emitting diodes (LED), the only LED scoreboard in use by a high school in New England.

An outdated sound system has been replaced, the press box has

"That sound system was awful," Mr. Semple said. "I remember I-95 FM came up to a game last year and the next day on the radio they were making fun of it."

Landscaping accents all four sides of the field and underneath the main scoreboard on the 50-yard line. A second, smaller scoreboard has been erected over the concession stand.

"I've never seen a project of this magnitude come together so quickly," said Mr. Ross. "We just broke ground in April."

Mr. Ross explained that a similar municipal project would have taken two to three times longer. Since private money was involved the process went quicker although none of the engineering requirements were compromised. "Here's a guy who started out wanting to fix a crooked light pole and the project kept growing," Mr. Ross said.

"Jim had the vision, generosity and will to do it. And he was here every day making sure things got done right. He wasn't just some guy sitting behind a desk writing checks."

Schools' Superintendent Dr. Kathleen Matusiak said the community is lucky the Galante family, who have lived in town since 1989, have an interest in the community. Last year, Jim and his wife, Roseanne, contributed $80,000 to defray student costs for pay-for-play athletics. Roseanne is also a tireless community volunteer.

"We are incredibly fortunate to have such generous donors especially on a project that probably in my lifetime I wouldn't have seen completed," Dr. Matusiak said. "The kids I've talked to are really excited and this (stadium) will be the showpiece for our school."

Mr. Galante, who owns Automated Waste Disposal, said he saw other schools with beautiful athletic facilities and it bothered him that New Fairfield's football stadium had fallen into disrepair. The field will be used exclusively for football games.

*Continued on Page 5*

# NEW STADIUM

Continued from Page 1

"I had the opportunity to put something into the community and this is what I chose to do," said Mr. Galante who played on John Rice, N.Y. in the early 1970s. "There's nothing in it for me. My son A.J., who worked on the field this summer, plays hockey. "This is for the kids and for the community. The centerpiece of most high schools is the football field. It brings the community together."

Although the football field is designed just for football game use, Mr. Galante also decided to have the school's aging track seeded and resurfaced. The track's shade of blue was picked out by Mr. and Mrs. Galante's daughter, Candace. Now, the school can stage home track meets, something that hasn't happened for years, Mr. Ross said.

As although Mr. and Mrs. Galante bought new uniforms for the football team he also purchased new uniforms for the baseball and softball teams and donated a scoreboard for the baseball field. In total, Mr. Galante and his wife have spent over $700,000 to help enhance New Fairfield athletics.

"What Jimmy did is unbelievable, people just don't do these things for a town," Mr. Semple said. He said excitement among school athletes has been building because they've witnessed the project come together over the summer.

Football coach Jeff Castaldi said his players are "pumped up" about playing on the field. Will there be more pressure on the players because they are playing in a new stadium? "I don't think so although there may be some of that when we have the field dedication but we'll talk about it," Mr. Castaldi said. "It's going to be exciting to play on a field that's second to none."

To be part of this one-in-a-lifetime dedication excitement, save Friday evening, September 19, and share in the pre-game program beginning at 6:30 p.m. The Rebels vs. Weston game will begin at 7 p.m. For many, the highlight will be the half-time fireworks. For Citizen News, watching the school pride of our students, parents and the teams, will be a crowning



**Photos by Diane Montuoro**

Scoreboard on visitors side 'sporting new bleachers.

Entrance to NFHS's new Galante Stadium. Dedication Fri. Sept. 19, 6:30pm.

Can't ignore Class of 2004 this year's Rebel slogan.

Athletic Director Craig Semple, School's Director of Bldg. & Grounds Phil Ross with Jim Galante.

In addition to the new football field Galante also donated

# Gift allows sports fee refund

### By Marietta Homayonpour
THE NEWS-TIMES

NEW FAIRFIELD — By early November, high school students and their families will know how much they'll get back from the pay-to-play money they paid out.

Thanks to a $40,000 donation to the high school in September from New Fairfield residents Roseanne and James Galante, families can apply for relief from the $150 per child, per sport fee and the $45 extracurricular fee imposed on high school students this fall.

Applications sent out by the school district in mid-September are due by Oct. 18. Families will be notified by Nov. 1 if they qualify.

Depending on how much is given out to help those with financial need, the school district will then determine a lower athletic fee for all students, schools business manager Dan Garrick said. The new fee will apply to winter and spring sports. Parents who paid the $150 fee for fall sports will get a refund for the difference.

The Galantes, personally and through their Automated Waste Disposal business, also gave $40,000 to New Fairfield Middle School to support existing intramural sports and club activities and to help develop new ones. There is no sports fee at the middle school, but the donation has canceled the $35 extracurricular activities fee that was to be imposed there.

Pay-to-play was implemented at the high school after the first school budget was defeated. The revised budget included significant cuts. School board members said they made the sports cuts to avoid cuts in academic programs, but the move drew widespread protests from students and parents.

In part because of lower than expected insurance costs, the school board has already reduced the sports fees once. They were originally estimated to range between $200 and $800.

Despite the fees, sports participation is about the same as last fall, New Fairfield High athletic director Craig Semple said.

"Participation is where we expected it," Semple said. "Parents understand that sports is an extension of education."

## NEW FAIRFIELD

Semple is grateful for the Galantes' donation, which he hopes will allow any student who wants to play to do so. He said that as the winter and spring seasons come around and students try out for more sports, families may find it tougher to pay the fees.

Alissa Dumont, the mother of New Fairfield High School football player Ryan Howley, agrees. Dumont, who was vocal in her criticism of pay-to-play, said she knows families with more than one child in high school and each plays two sports.

Though she agrees the $150 fee has not affected the fall sports numbers, she said, "overall the feeling among parents is that they are not happy about the fee." She said residents need

to stay informed about school board policies and hopes that next school year there will be no fees.

That's also the hope of school board chairman Robert Matarazzo, who said the first school budget proposed next year will include money for sports. But if voters reject that budget, sports fees could be required again.

In case that happens, Semple said, whatever sum of money is needed for financial hardship cases this year will be set aside from the Galantes' donation. That money can be used, if needed, in the 2003-04 school year to ensure that no child is left out of sports because of financial concerns.

Contact Marietta Homayonpour at mhomayonpour@newstimes.com or at (203) 731-3336.

# Couple gives athletes way to pay to play

**By Robin DeMerell**
NEWS-TIMES CORRESPONDENT

NEW FAIRFIELD — Score one for Jimmy and Roseanne Galante.

On Thursday, the New Fairfield couple handed over $80,000 to the Board of Education to help students foot the bill for school sports programs.

"I'm just blown away," said schools Superintendent Kathleen Matusiak. "It's really incredible."

Last spring, the Board of Education eliminated funding for high school athletics and cultural club activities after $320,000 was cut from the 2002-03 budget defeated in May. Students now pay $150 for each sport they want to play during the school year.

The pay-to-play policy caused an uproar among students, coaches and parents who said many athletes wouldn't be able to afford the fees. On May 31, more than 200 students and parents marched through town to the Board of Education offices to protest. In June, students and parents packed a school

▶ **COUPLE**, PAGE A5

# ▷Couple gives $80,000

**Continued from Page A1**

board meeting to express their opposition.

Half of the contribution is a gift from the Galantes, who have lived in town since 1989. The other half is from the Galantes' business, AWD in Danbury.

"It's our privilege to do it. It's our responsibility to help when we can," said Roseanne Galante. "We have to keep kids engaged in activities. That's really why we did it. So we could make an impact where it's most needed."

One of the $40,000 checks is for high school students and the other half is slated for the middle school.

"It kind of mushroomed," said Roseanne Galante. "My husband came up with $40,000 and then we decided to match it personally. We have wonderful new administrators (in the middle school) and they have great ideas to give the school its own identity."

Galante hopes the middle school will be able to offer new activities including a homework club, student school newspaper, various intramurals and a science club.

"I'm pretty involved in the town, especially the school. Jimmy and I just do this kind of stuff," Galante said. "We wanted to create a safety net for the students who would have a

financial burden to play sports. You have students who — even if their parents are not destitute, to have one kid to play three sports for $450, that's a lot of money."

The Galantes have two children in the schools. Candace is a seventh-grader at the middle school and A.J. is a high school junior. A.J. plays for the school's ice hockey team.

"The intent of this gift was to go directly to the students," said First Selectman Peggy Katkocin. "That no student should be denied participation in athletics and activities because of funds."

A committee made up of the high school athletic director, Roseanne Galante and two Board of Education members will oversee distribution of the money.

The committee will determine anonymously through guidance counselors which students are in greatest need over the next two years. Any leftover money will be used to subsidize the entire sports program to benefit all students.

"This town has a habit of looking at things like this as a Band-Aid," said Board of Education member Michael Kahn. "This isn't a Band-Aid. It's a generous gift."

Kahn and Katkocin both said they hope future town budgets will restore the money for athletics.

Dear Roseann & Jim,

On a cloudy Saturday night while waiting for festivities to begin I looked up at the sky and saw only a bright star. Although we didn't know Roseann's mom we knew Kay very well and I couldn't help wonder... a bright star... a coincidence???

Saturday night (To quote Ron) was "electrifying" from onset to end. Even if we still lived in NY we would not have missed the dedication of the Galante Stadium. The Galante name to us means friendship for the past 37 years.

There are not enough adjectives to describe this facility we love everything... !!! Great Job.

God has truly blessed You in many ways... two beautiful children and your ability to bring your ideas and dreams to fruition.

We wish You Good health and continued success.

Sincerely,

Dear Roseanne & Jimmy ~

What amazing feeling of pride and we owe it all to you. Each time we drive by the football you cannot help but look and smile. Thank you so much for everything you have done for our school and community. You are such generous people. Thank you again from our family to yours.

Grace   Tony
Ashley, Anthony

The Galante Family,

Thank you are two simple words that I would like to use to express the gratitude that my family and I feel for all you have done for our town and high school. Your effort, time, interest, enthusiasm, and finances are too generous for words. Both my boys are high school students who have benefited from your generosity and kind spirit. Even though

my boys play football and are using the field and accessories, I thank you just because you gave so much for all to enjoy. Because of you others can experience true devotion and dedication of heart to a town and their children. You have given all of us (town of New Fairfield) a new football stadium and so much more. Thank you so much to be so generous. We are forever grateful. You are an inspiration to all.

The Cannavende Family

Dear Mr + Mrs. Galante,                                    9-03

I just wanted to write you this to
express how thankful I am and how thankful
our whole athletic program is for all that
you have done. I play soccer and our
New uniforms are amazing! The field,
the lower lot, and every thing you've done
is awesome!   Thank You.

Sincerely,
Mike Mallon

9-12-03

Dear Senator Dodd & Candace,

John and I would like to personally say "thank you" for your outstanding ovation which was transferred and genuinely donated to our town. This dream became a reality when the "My Classroom" John, who is now attending Pace University, had the honor & pleasure of being able as well as his studies and was thrilled that Rebecca Budd to found deep down I and I, who has returned this year has developed their separate to passion and continues following in the shadows & a key battle can be fallow in his passion & belief. Michael will be running up the following you to fallow in his belief. Beloved. their time goes I somehow Michael and Candace in Bridgit beginning from the ground, up to the pride, happiness and determination in their hearts a word has been fulfilled. Wholehearted, this was truly an inspiration beyond words. "May had surround your family with his unconditional love and blessings from above." You are truly people that are a gift in this world.

Sincerely,
John & family
Krona & John
& family