# Attachment 2

In Honored
Memory
of

## CAPTAIN JASON R. HAMILL

JANUARY 5, 1975 – NOVEMBER 26, 2006



Homeland Aid & Assistance –
Roseanne,

Oh my goodness! What a
surprise. Your very
generous donation to the
East Lyme scholarship fund
is greatly appreciated. Thank
you for remembering Jason.

Love,
Sharon & 'Frosty'

*Time's passing may somehow help to
ease our loss and sorrow.*

*The memories left behind will bring
comfort for tomorrow.*

*Your expression of sympathy was a
blessing.*

*Thank you so much.*

In Loving Memory of

**Corporal Jordan C. Pierson**
June 22, 1985
August 25, 2006

*After Glow*

*I'd like the memory of me*
*to be a happy one,*
*I'd like to leave an afterglow of*
*smiles when day is done.*
*I'd like to leave an echo*
*whispering softly down the ways,*
*Of happy times and laughing times*
*and bright and sunny days.*
*I'd like the tears of those who*
*grieve to dry before the sun,*
*Of happy memories that I leave*
*behind when day is done.*
*Do not stand at my grave and cry,*
*I did not die.*

Cody-White Funeral Home
Milford, Connecticut

Beverley Pierson
31 Whalley Ave
Milford, ct 06460

Thank you so very
much for your generous
donation to the Jordan
Pierson Scholarship fund.

The Pierson Family
Bev. Eric & Ethan

TO THE MEMBERS OF
HOMELAND AID AND
ASSISTANCE INC,

THANK YOU SO VERY
MUCH FOR YOUR
UNEXPECTED & GENEROUS
DONATION TO JASON'S
MEMORIAL FUND. YOUR
GIFT WILL PROVIDE
WONDERFUL HELP TO
OTHERS TRYING TO
FULFILL THEIR DREAMS,
WHILE HONORING
JASON'S WARM AND
COURAGEOUS SPIRIT.

        JON & KATHY MILLER
            & FAMILY

During a time
like this
we realize how much
our friends and relatives
really mean
to us . . . .
Your expression
of sympathy will always
be remembered

In Loving Memory
**Jason "Jay" Lantieri**



**"So much to learn
and so little time"**
July 24, 1982
October 10, 2007

"A beautiful life that came
to an end, he died as he
lived, everyone's friend.  In
our hearts a memory will
always be kept, of one we
loved, and will never
forget."

Swan Funeral Home

Dear
Folks      —   Thank you very much for
your Generous donation

**The**
**Waterford High School**
**Scholarship Committee**
**Thanks you for your recent**
**Contribution**
**to**
**Its Scholarship Fund**

**As directed by you**
**Your contribution**
**Has been added**
**to the**

_____Thru    Scholarship_____ $5,000

Sincerely

Michael G. Foster



Thank you for the love, respect and honor you have shown to our son Nick. By your very generous donation, you will allow his Spirit to continue and benefit by your scholarship to continue in perpetuate it to the years to come.

Dec. 2006

Dear Friends

Wishing you the season's blessings of peace and joy

Wishing you and your loved ones a very special holiday season and a peaceful & prosperous New Year.

Shalini, Bi Mare chrisM

*From
the family of*

PFC Jeff Braun

Thank you so very much for honoring our
son with your more than generous donation
in his memory.

Bill, Meredith & Julie

*Thank you sincerely*

*for sharing our sorrow*

*Your kindness will always be held*

*in grateful remembrance*



# SECOND MARINE DIVISION ASSOCIATION

### FOUNDED BY LT. GEN. JULIAN C. SMITH, USMC 1949



P. O. Box 8180   ☆   Camp Lejeune, NC 28547   ☆   (910) 451-3167

**Col. Peter Grimes USMC (Ret.)**
*Executive Secretary*
8th Comm. Bn.

January 24, 2006

Homeland Aid And Assistance, Inc.
60 Newtown Road Ste 87
Danbury, CT 06810

Dear Homeland Aid,

We gratefully acknowledge your donation of $5,000.00 to the Second Marine Division Association Memorial Scholarship Fund on 01/05/2005. Your support helps the Second Marine Division Association to assist the children and grandchildren of 2d Marine Division veterans in achieving their dream of a college education. We appreciate your support and encouragement.

In accordance with I.R.S. guidelines governing charitable gifts, the Second Marine Division Association certifies that we did not provide any goods or services to you in consideration of your contribution.

On behalf of the Association, and especially for the students you are assisting, thank you for your support.

Semper Fidelis,

Col Peter Grimes, USMC (Ret)
Executive Secretary

TIN: 36-6210005



# SECOND MARINE DIVISION ASSOCIATION

FOUNDED BY LT. GEN. JULIAN C. SMITH, USMC 1949



P. O. Box 8180   ☆   Camp Lejeune, NC 28547   ☆   (910) 451-3167

**National Headquarters**

January 18, 2005

Homeland Aid And Assistance, Inc.
60 Newtown Road Ste 87
Danbury, CT 06810

Dear Homeland Aid,

We gratefully acknowledge your donation of $1,025.00  to the Second Marine Division Association Memorial Scholarship Fund on 12/31/2004.  Your support helps the Second Marine Division Association to assist the children and grandchildren of 2d Marine Division veterans in achieving their dream of a college education.  We appreciate your support and encouragement.

In accordance with I.R.S. guidelines governing charitable gifts, the Second Marine Division Association certifies that we did not provide any goods or services to you in consideration of your contribution.

On behalf of the Association, and especially for the students you are assisting, thank you for your support.

Semper Fidelis,

Chuck Van Horne
Executive Secretary

TIN: 36-6210005



✶ GAUDALCANAL ✶ TARAWA ✶ SAIPAN ✶ TINIAN ✶ OKINAWA ✶ PEACE TIME ✶ LEBANON ✶ GRENADA ✶ PERSIAN GULF ✶



# SECOND MARINE DIVISION ASSOCIATION

FOUNDED BY LT. GEN. JULIAN C. SMITH, USMC 1949

P. O. Box 8180   ☆   Camp Lejeune, NC 28547   ☆   (910) 451-3167



**National Headquarters**

January 18, 2005

Homeland Aid And Assistance, Inc.
60 Newtown Road Ste 87
Danbury, CT 06810

Dear Homeland Aid,

We gratefully acknowledge your donation of $3,975.00 to the Second Marine Division Association Memorial Endowment Fund on 12/31/2004.. Your support helps the Second Marine Division Association to assist the children and grandchildren of 2d Marine Division veterans in achieving their dream of a college education. We appreciate your support and encouragement.

In accordance with I.R.S. guidelines governing charitable gifts, the Second Marine Division Association certifies that we did not provide any goods or services to you in consideration of your contribution.

On behalf of the Association, and especially for the students you are assisting, thank you for your support.

Semper Fidelis,

Chuck Van Horne
Executive Secretary

TIN: 58-1869439



**SOCCER ASSOCIATION, Inc.**
POST OFFICE BOX 311, WILTON, CONNECTICUT 06897

October 3, 2006

Homeland Aid and Assistance, Inc.
60 Newtown Road, Suite 87
Danbury, CT 06810

Dear Homeland Aid and Assistance, Inc.:

Thank you for your donation to the Wilton Soccer Association's Nick Madaras Scholarship Fund. Your contribution in Nick's memory means so much to the Madaras family, and will support a scholarship for a Wilton soccer player who embodies the best that Nick had to offer his teammates, his friends, his family and his country.

Please accept this letter as your receipt for tax purposes. On behalf of Shalini, Bill, Marie and Chris Madaras, as well as the Wilton Soccer Association, thank you for your generosity.

Sincerely,

John D'Elisa
President

Jim Ducey
President

Date of Gift: 9/13/2006
Amount of Gift: $5000
Check Number: 1021



**UNITED STATES MARINE CORPS**
**1ST TRUCK PLATOON**
**DIRECT SUPPORT MOTOR TRANSPORT COMPANY "A" AND "B"**
**6TH MOTOR TRANSPORT BATTALION**
**4TH FORCE SERVICE SUPPORT GROUP, FMF, USMC**
**NAVAL AND MARINE CORPS RESERVE CENTER**
**30 WOODWARD AVENUE**
**NEW HAVEN, CONNECTICUT 06512-3360**

110 Twin Oaks Terrace
Stratford, CT 06614
(h)203.377.6221
(w) 203.255.8322
November 25, 2003

Dear Roseanne and Jim Galante,

The words, thank you, do not sufficiently convey our appreciation for your support of our Marines of the 1st Truck Platoon, New Haven, Connecticut. When I tell the story of Homeland Aid and Assistance, people are incredulous at your generosity and your resolve to help those in the military who serve our country with honor, courage, and commitment.

As my husband, Bill, prepares the one hundred ten envelopes for the Walmart gift cards ( $100 and $5 ), he knows how much your thoughtfulness will mean to each Marine when they receive the cards during the Marines' December drill weekends or in the mail.

We all wish you and your family the best Thanksgiving has to offer as we give thanks that our Marines are home safe for now and for your generosity of spirit.

Enclosed are the gift certificate receipts: 220 gift cards (110 $100 cards plus 110 $5 cards). These were paid for by: Homeland Aid and Assistance, Inc. ( $11,000), by Walmart ($500 donation) and the Key Volunteer Network of the 1st Truck Platoon ($50).

Warmest regards,

*Diane*

Diane Devalt
Key Volunteer Coordinator
1st Truck Platoon. New Haven, CT



April 21, 2003

Mr. David Dunleavy
Homeland Aid and Assistance, Inc.
60 Newtown Road, Suite 57
Danbury, CT 08810

Re:    Family grant request

Dear David:

It was a pleasure speaking with you last week. I cannot tell you how much the generosity and kindness of people like Jim and Roseanne Galante is appreciated. I have looked for months not only for myself and my husband but for others for some sort of help that could at minimum get us through the initial "shock".

My husband and I had just recently relocated to the east coast from California (we were just married in August), he was promoted with the Federal Bureau of Prisons and they moved us here to Danbury. We just moved into our new apartment and he changed his unit from the 91st in Dublin, CA to the 411 here in Danbury and within 3 weeks he was called to duty with only 2 days to report .

I thought that I had prepared myself for the whole "army wife" responsibility and I think for the most part I had in fact prepared myself for the emotional part . What I did not prepare myself for was the financial aspect of the whole thing. In our case it was compounded by the fact that we were newlyweds, we had not yet fully recovered from the relocation expenses although the Bureau covers a great deal of the actual moving expenses we still have to come up with move in expenses, set up costs, account changes, registration, insurance, etc. As you know CT is not the most economically friendly state in the nation (and we came from CA).

If you need any additional information from me please feel free to contact me at:

Mrs. Major David H. Forrest (USAR)
Daphne M. Forrest
3131 Avalon Valley Drive
Danbury, CT 06810
(203) 744-1687 Extension #114
(203) 794-1356 Home
(203) 948-6395 Cell

'VED:

APR-30-2003  09:39          MISTO                                              203 744 8845    P.06/06

ᵗᵒᵗᵃˡ

In addition to the request for assistance I wanted to offer my assistance.  If there is anything that I could do to help with your organization I would very much like to help.  I can help stuff envelopes field calls essentially any type of administration or coordination assistance needed I would again love to help.

Thank you for your kind attention to this request.  Let me know if there is anything further you need me to provide you with and again if there is anything I can do for the cause.

Sincerely,

*Daphne M. Forrest*

Daphne M. Forrest
3131 Avalon Valley Drive
Danbury, CT 06810



# FALLEN HEROES
## LAST WISH FOUNDATION

December 31, 2005

Homeland Aid and Assistance Inc.
60 Newtown Rd  #87
Danbury, CT 06810

Dear Sir or Madam,

On behalf of the Fallen Heroes Last Wish Foundation, I want to thank you for your generous contribution of $5000.00.

Your contribution will be used to support the mission of the Foundation, to provide financial support to the children of United States military personnel killed in Iraq during Operation Iraqi Freedom.  These men and women made the ultimate sacrifice for our country.  Your contribution will ensure that their children do not have to face this difficult emotional loss and bear a financial burden as well.

100% of the contributions received will be used to support the Foundation's mission, as I am covering all of the administrative costs.

Once again, please accept our gratitude for your support.

Sincerely,


Daniel O'Dowd
Foundation President


*No goods or services were provided in exchange for your contribution*
*Please retain this receipt for income tax purposes.*
*Fallen Heroes Last Wish Foundation Tax I.D. # is 54-2105188*

30 West Sola Street   •   Santa Barbara, CA  93101   •   Tel: 805.962.7843   •   www.lastwishfoundation.org



*Nancy L. Johnson*
*Fifth District, Connecticut*

*Congress of the United States*
*House of Representatives*
*Washington, D. C. 20515*

July 2, 2004

Homeland Aid and Assistance, Inc.
60 Newtown Road
Suite 87
Danbury, CT 06810

Dear Friends:

Greetings and heartfelt congratulations for organizing such a tremendous event in honor of our Connecticut soldiers and their families. Unfortunately my congressional duties prevent me from attending your celebration, but I wanted to express my sincere gratitude for your dedication to such a great cause.

After the tragedy of 9/11, the life of every American changed in some form or another. Some lost family members to the attack, and others saw their close ones be sent abroad to fight the "War on Terror." After discovering the economic hardships of many reservist families who had been called to duty, Roseanne Galante and the rest of your organization came to the aid of many families in Connecticut. Your expedience and bountiful generosity towards these families who have been adversely affected by their loved ones serving as a part of Operation Iraqi Freedom is commendable. Your sense of citizenship and obligation to these families has been unparalleled. It is because of individuals such as yourselves that the United States is truly a great nation to live in.

Friends, once again I commend your dedication to support the families of the soldiers fighting to defend our freedom. Please accept my best wishes for the future.

Very truly yours,

Nancy L. Johnson
Member of Congress

NLJ:jr

Thank you so very
much for your generous
donation to the Jordan
Pierson Scholarship fund.

The Pierson Family
Bev, Eric & Ethan

Beverley Pierson
31 Whalley ave
Milford, ct 06460

In Loving Memory of

**Corporal Jordan C. Pierson**
June 22, 1985
August 25, 2006

*After Glow*

*I'd like the memory of me
to be a happy one,
I'd like to leave an afterglow of
smiles when day is done.
I'd like to leave an echo
whispering softly down the ways,
Of happy times and laughing times
and bright and sunny days.
I'd like the tears of those who
grieve to dry before the sun,
Of happy memories that I leave
behind when day is done.
Do not stand at my grave and cry,
I did not die.*

Cody-White Funeral Home
Milford, Connecticut

Dear
Folks

— Thank you very much for your Generous donation

The
Waterford High School
Scholarship Committee
Thanks you for your recent
Contribution
to
Its Scholarship Fund

As directed by you
Your contribution
Has been added
to the

Alum Scholarship        $5,000

Sincerely
Michael G. Fosters



**J. Allen**
**KOSOWSKY**
CPA, P.C.

**J. Allen Kosowsky,**
**CPA, CVA, CFE, DACFE, PFS**

85 Willoughby Road
Shelton, CT 06484

Phone 203.929.6641
Fax 203.926.1539
Email jakcpa@snet.net

www.forensic-cpaservices.com

August 19, 2008

Honorable Ellen Bree Burns

Senior United States District Judge

141 Church Street

New Haven, Connecticut 06510


Re: James E. Galante


Dear Judge Burns:

In 2003 James and Roseanne Galante established a fund, Homeland Aid and Assistance, Inc. to provide financial relief for those Connecticut families adversely affected by family members serving in the Armed Forces as a result of Operation Iraqi Freedom. The fund had $200,000.00 to achieve this purpose.

Since inception, the fund has given 36 assistance grants averaging about $1,500 each totaling $80,177.04 and 25 Memoriam grants totaling $112,500.00. Many of the Memoriam grants are for scholarship funds for children of fallen Soldiers.

Otherwise, assistance has been given to families or by purchasing gift cards for Marines, Reservists and other Armed Forces members. The net result of this endeavor is that Mr. and Mrs. Galante have unselfishly helped many of the soldiers and the families of our brave, courageous, injured or fallen  Armed Forces members. I believe the gifts made a difference to the recipients and their families.

James Galante wanted to make a difference and this is an example of his patriotism. I will not belabor you with accolades for Mr. Galante or prose that seeks to make this more than it is—a simple record of helping those in need.


Very truly yours,

J. Allen Kosowsky, CPA/ABV,CVA,CFE,PFS

April 14, 2003

# WASTE News

www.wastenews.com

*The News Source for Businesses that Generate and Manage Waste*

SOLID • HAZARDOUS • WATER • AIR

All rights reserved. ©Entire contents Copyright 2003 by Crain Communications Inc.

$2.00

## A call to arms

### Conn. hauler starts fund for reservists

**By Jim Johnson**

DANBURY, CONN. — A Connecticut-based solid waste collection company is spearheading a push to help the families of military reservists called to active duty in the war with Iraq.

Automated Waste Disposal Inc. of Danbury is putting $200,000 in

*See Fund, Page 23*

See Fund, Page 23

---

**THE WAR'S IMPACT**

Re-enlistment means sacrifice for Republic execs. Page 23.

EPA backs Defense Departments exemption stance. Page 23.

War funding may include trash truck inspections. Page 23.

---



**DAWN'S EARLY LIGHT: Soldiers in the U.S. Army's 3rd Division burn trash at dawn as they occupy Iraq's reported Baghdad International Airport April 5. Coalition forces captured the air base April 4. Published reports from journalists in Iraq mentioned that soldiers in the field burn the trash they generate.**

SCOTT NELSON/GETTY

---

## Senator clouds scene

### Bill includes limits on $CO_2$

**By Elizabeth Thompson Beckley**

WASHINGTON — Sen. Thomas Carper, D-Del., introduced legislation April 9 to reduce power plant emissions, including carbon dioxide, and touted the proposal as a clean air compromise.

The Clean Air Planning Act, co-sponsored by Sens. Judd Gregg, R-N.H., and Lincoln Chafee, R-R.I., would require power plants over the next decade to reduce emissions of ni-

Case 3:06-cv-00840... 23

# Fund

Continued from Page 1

... money into a fund to provide financial aid to reservists who have their pay cut when they are called to active duty.

The company hopes to attract another $200,000 in donations to the fund, called Homeland Aid and Assistance Inc.

"We are asking the public to help, to all work together to help these families," Dunleavy said.

"A number of companies have found out we're doing this and are lining up behind us to give. So that's very encouraging."

The grant program is open to any Connecticut family that has a reservist serving in Operation Iraqi Freedom, Dunleavy said. "What we're trying to do now is an outreach program to let people know that we're there," he said.

"If there is some measure of relief we can give to Connecticut families, then we've accomplished our goal. And that's really what it's for, to help those families," Dunleavy said.

The nonprofit group hopes to start awarding grants within the next couple weeks.

About 219,000 reservists have

Roseanne Galante is serving as president of the new organization. "Our troops shouldn't have to worry about how their families are going to survive on reduced pay while they are participating in Operation Iraqi Freedom," she said.

Jim Galante, who started Automated Disposal in 1975 with one truck and two employees, has seen his business grow to 75 trucks and annual sales of about $8.2 million.

"We are asking the public to help, to all work together to help these families," Dunleavy said.

"A number of companies have found out we're doing this and are lining up behind us to give. So that's very encouraging."

The grant program is open to any Connecticut family that has a reservist serving in Operation Iraqi Freedom, Dunleavy said. "You can't use it to go out and buy cigarettes and booze, but if you can show a need for a house payment, a child's education, just making ends meet. In a lot of instances, these people are just trying to make ends meet and we want to help them do that."

Automated Waste hopes the idea attracts attention and others around the country create similar funds to help their local reservists.

"I don't know of anything out there like this yet," Dunleavy said. "Our hope is that other states will pick up on it and do the same

---

... government
... bgeiselman at (330)
... bgeiselman@crain.com

waste. The administration says the laws need clarification to ensure that they don't interfere with the military's live-fire training exercises.

The Defense Department says it doesn't want to change the way laws are applied, only to clarify the laws to prevent environmental-

---

Has the war touched you, your company or a colleague in the environmental services industry? If so, please let us know.

**War Stories**

How is the Iraqi conflict affecting you?

To reach the editors at Waste News, you may call (330) 865-6174, send an email to editorial@waste-

news.com or visit our Web site, www-.wastenews.com.

On the Web, click the War Stories button. From there, you can fill out a form and electronically submit it to our editorial department.

Waste News will carefully consider all submissions. ∎

---

been called to active duty, according to the Defense Department.

That includes about 2,100 in Connecticut, Dunleavy said.

"We're going to base the criteria on current military guidelines used by a number of armed forces charities," Dunleavy said.

"You can't use it to go out and buy cigarettes and booze, but if you can show a need for a house payment, a child's education, just making ends meet. In a lot of instances, these people are just trying to make ends meet and we want to help them do that."

---

with training activities," said Jim Jeffords, I.Vt. ∎

*Contact Waste News government affairs editor Bruce Geiselman at (330) 865-6172 or bgeiselman@crain.com*

---

thing."

Republic Services Inc., the nation's third-largest solid waste management company, recently altered its benefit package for reservists called to active duty.

The company is now paying employees their regular salaries minus military pay for up to one year.

Republic, of Fort Lauderdale, Fla., previously had a 30-day policy in place, but decided to extend the coverage time to 365 days when it became clear that reservists would be gone longer than a month, spokesman Will Flower said.

Between 90 and 120 people in the company have been called up, and potentially another 200 could see active duty, Flower said.

Republic's decision to make sure reservists receive their full

---

salaries is not inexpensive, Flower estimated that those already called to active duty make about $2.2 million annually.

"Sometimes we have to look beyond that to what is best for our families," he said.

Waste Management Inc., of Houston, has about 40 employees away from work and on active duty, spokesman Bill Plunkett said. "While it's not a large number, it's a group we care about dearly," he said. The group is from a wide area geographically, really representing every part of the country."

Waste Management, the industry's largest company, also has a policy to make up the difference between reservists' military pay and their civilian pay, Plunkett said.

"They don't lose anything," Plunkett said. "In addition, all their benefits are covered."

Those interested in either donating to or receiving aid from Homeland Aid and Assistance can contact Dunleavy at (203) 743-0405, ext. 131, or write to Homeland Aid and Assistance Inc, 60 Newtown Road, Suite 87, Danbury, Conn. 06810. ∎

*Contact Waste News senior reporter Jim Johnson at (330) 865-6171 or jljohnson@crain.com*

# WARTIME
## SNAPSHOTS OF AMERICAN LIFE

### Helping Hand

The idea came to them while watching a "60 Minutes" episode a few weeks back about a Connecticut reservist's family struggling to make ends meet while he's in Iraq, where his military paycheck is so much less than his regular salary.

Roseanne and Jim Galante, a Fairfield couple, figured that there must be many families facing the same problem and they decided to help. The result was the formation of a nonprofit organization called Homeland Aid and Assistance Inc. Jim Galante's Danbury company, Automated Waste Disposal, kicked things off with a $200,000 donation to the fund.

On Wednesday, the Galantes raised another $1,200 just by showing up at the state Capitol to announce a $5,000 scholarship donation to Tyler Jordan, the 9-year-old son of Gunnery Sgt. Phillip Jordan of Enfield, a Marine who was killed in battle on March 23.

"The Italian American caucus of the state legislature — many of whom attended the press conference — kicked in $1,000 and a few individual donations followed.

Organizers hope to raise at least another $200,000 from corporations and Connecticut residents.

"Whether you're for or against the war, it doesn't matter," said Jim Galante. "I'm hoping everyone can see past that and help out."

There will be a $1,500 cap on the amount each family receives, unless there is a compelling reason — such as the Jordan case — to award more money. The five-member board of directors will decide who qualifies for assistance based on guidelines used by the military when it awards grants.

*Families with immediate financial needs or anyone interested in contributing to the fund should contact Dave Dunleavy at 203-743-0165, Ext. 131, or write to: Homeland Aid and Assistance Inc., 60 Newtown Road, Suite 07, Danbury, CT 06810.*

— *Elizabeth Hamilton*

### POWs Remembered

POW Recognition Day was the focus of events at the state Capitol Wednesday, with Gov. John G. Rowland noting that the severe difficulties and hardships endured by prisoners of war are sometimes forgotten during times of peace.

"I don't think the public focuses on the courage and sacrifice of our POWs until we are at war," Rowland told a group of former POWs and their families. "I'm always concerned about the public support after the fact. ... I hope that when this war is over, and we all hope that happens soon, that a year from now when we have this ceremony once again that the American public will appreciate right now the sacrifices of our former POWs and the POWs today."

Rowland said he wanted to make "a gentle reminder" to Connecticut citizens that many of them have relatively "very few concerns" when compared with those fighting — and others missing in action — in Iraq.

Attorney General Richard Blumenthal said that the sacrifices of the POWs far outrank any made by those holding high public office in the state.

"People call no general — Attorney General Blumenthal — but I never got further than sergeant in the Marine Corps," Blumenthal told the crowd. "You have shown us that freedom is never free."

Later, the House and Senate passed a resolution expressing "the support and appreciation of the people of the state of Connecticut" to all the troops serving overseas. House Majority Leader, James Amann and Robert M. Ward, the House Republican leader, both said that all House members, regardless of political party, wanted to support the troops in wartime.

— *Christopher Keating*

### Flag Waving

When Betsy Ross sewed the first American flag, it is doubtful that she anticipated it would become a fashion statement.

But as more Americans want to show their patriotism during the war with Iraq, wearing the flag is becoming a fashion trend. At a pro-troops rally last week at Bushnell Park in Hartford, women were decked out in fancy silk American flag scarves. Men wore flag bandannas, and flags were pinned on caps and lapels.

None of the rally participants was as decorative as Zeqir Berisha, 60, of Waterbury, who comes from Kosovo. From his cap to his sneakers, Berisha wore the flag wi... represented the... the stars.

"I'm dressing... morale a little b... one should take... don't like war. I... someone has to t...

### Golf O

Goller Nick P... the Masters, wi... "Some people ha... understanding v... now, but I'm a li... people have forg... quickly. They se... heads buried in... it's not going to l... "I'm no fortun... guarantee you s... something. I just... have happened i... Iraq is safe and... it over and done... possible because... Iraqis, all need t... lives and build a... themselves."

**Tell us about t... one you have se... http://www.ctn...**

# New Fairfield couple tries to help families of reservists

## By Brian Saxton
### THE NEWS-TIMES

It was the story of a young mother whose family was hurting financially after her Army reservist husband was called up for active duty in Iraq that started it all.

New Fairfield residents Roseanne and Jim Galante were watching TV one night when the woman, eight months pregnant and with three other children, said the family income had been slashed by nearly two-thirds since her husband went to war.

"As an independent contractor, the woman said her husband was making $100,000 a year," Roseanne Galante recalled this week. "Since he was called up, his military pay has been $2,600 a month and his wife has been looking to get food stamps."

The woman's story, told on "60 Minutes," inspired the Galantes to find a solution that would help ease further financial hardship among reservists' families.

Today, the couple plans to unveil a statewide program to provide financial help for any Connecticut family adversely affected by reservist relatives being sent to Iraq.

The announcement is slated to be made in Hartford at a ceremony attended by local state legislators and Danbury Mayor Mark Boughton.

"It's a great idea," Boughton said Tuesday. "The people who are left at home while their loved ones are off supporting freedom deserve our support."

Jim Galante, 50-year-old owner of Auto-mated Waste Disposal in Danbury, has already made a company contribution of $200,000 to the program, known as Home-land Aid and Assistance Inc.



The News-Times/Michael Duffy
Roseanne and Jim Galante of New Fairfield plan to unveil a statewide program to provide financial help for Connecticut families affected by reservist relatives being sent to Iraq.

"Not every company can afford to pay reservists their entire salary when they are called to active duty," Galante said. "Our goal is to help fill in the gap so the families of Connecticut reservists do not suffer finan-cially while their loved ones are serving our country."

The Galantes say the nonprofit group hopes to raise another $200,000 in tax deductible donations. "A number of com-panies have expressed their interest in the program," said group secretary Dave Dun-leavy. "Everyone seems to like the idea."

The group has already decided to make a $5,000 contribution to an education fund established for 6-year-old Tyler Jordan, son of Marine Gunnery Sgt. Philip Jordan, 42, of Enfield, who was one of nine Marines killed March 23 in an ambush outside Nasiriyah.

Applications for one-time family grants of up to $1,500 will be screened and approved by board officials. Dunleavy said program officials believe there are about 2,100 reservists in Connecticut on active duty whose families may be eligible.

According to Lt. Col. Bob Stone, spokesman for the Office of the Assistant Secretary of Defense for Reserve Affairs, when reservists are mobilized, their pay equals that of their regular counterparts according to rank and length of service.

An Army reservist earning $40,000 a year as a civilian, for example, would, as a sergeant first class in a military public affairs unit with 12 years service, receive a basic pay of $33,600 a year.

"Some civilian offices pay the difference while the reservist remains on active duty. But it varies from company to company and it's not required by law," Stone said.

Last month, Gov. John G. Rowland signed a bill protecting state employees who have been called up for military service. The bill requires the state to pay the difference between the state employee's salary and the compensation received for active service.

The bill also keeps in place health insur-ance benefits for state employees and their families while they are on active service.

In Danbury, Boughton said that three city reservist employees who had been deployed in the Gulf would remain on full pay with benefits until they returned home.

*Families with financial needs, or those interested in helping, can contact Dave Dun-leavy at (203) 743-0405 ext. 131 or write Homeland Aid and Assistance Inc., Suite 87, 60 Newtown Road, Danbury, CT 06810.*