# Attachment 3

# Galante receives service award

**By Mark Langlois**
NEWS-TIMES BUSINESS EDITOR

HARTFORD — The state's Italian-American Legislative Caucus gave James Galante of New Fairfield its highest award this month for service to the community, for his business skills and for his pride in his Italian heritage.

Galante, 49, is president and founder of Automated Waste Disposal. Galante was named "Italian American of the Year," as was Paul S. Polo Sr., of the Hartford area.

"It was a very exciting experience," said Galante, who received the award in a ceremony held in a room off the legislative chambers.

State Sen. David Cappiello of Danbury is treasurer of the legislative caucus and state Sen. Louis DeLuca of Woodbury is a board member.

"When Lou and I sponsored the fundraiser for the Red Cross after 9-11, I sent him (Galante) a card," Cappiello said. "He called me up and apologized, saying he couldn't attend, but he wanted to donate $100,000. At first I thought he said $100, and I said thanks, and then I heard 'thousand' and I said, 'I'm sorry, what did you say?'"

Galante contributed $50,000 of his own money and $50,000 from AWD to the Red Cross fund-raiser.

Galante also donated $15,000 to rebuild a playground in Newtown destroyed by an arsonist. He built a basketball court in New Fairfield and named it after former New Fairfield resident Jennifer Rizzotti.

He also paid for the home- and away-team uniforms for the New Fairfield High School hockey team. And he bought a blocking sled for the high school and Pop Warner football teams.

"I know he's done a number of generous things in the Danbury area," DeLuca said.

The legislative caucus, among other things, gave $10,000 each to Trinity College and to Central Connecticut State University for those schools to send students of Italian descent to study in Italy.