Crim-Sent (April 3, 2007)

HONORABLE Ellen Burns

DEPUTY CLERK M. Riocci   RPTR/ECRO/TAPE I. Sanchez

USPO R. Lopez   INTERPRETER _____

TOTAL TIME: 1 hours 15 minutes

DATE 9/3/08   START TIME 11:05   END TIME 12:20

CR. No. 3:06cr161   DEFT # 2

UNITED STATES OF AMERICA

§
§ Ray Miller / Mike Gustafson
§                    AUSA

vs.

§
§
James Galante §
§ Hugh Keefe
Defense Counsel

## SENTENCING

☒........ ☒ Sentencing held ☐ Sentencing continued until _____ at _____

☐........ Deft failed to appear, Bench warrant to issue

☐........ Court departs ☐ upward from the guidelines ☐ downward from the guidelines

☒........ 81 month(s) imprisonment on Count(s) 2, 75, 81 of superseding/indictment/information
and _____ month(s) imprisonment on Count(s) _____ of superseding/indictment/information

☒........ Sentence on Count(s) All _____ shall run ☒ concurrently ☐ consecutively ☐ to sentence
imposed on Count(s) _____ ☐ to state sentence

☐........ Deft shall get credit for time served on Count(s) _____

☒........ Upon release the defendant shall be on supervised release for a term of 3 years/months

☐........ Deft placed on probation for a period of _____ years/months on Count(s) _____
of superseding/indictment/information

☐........ Government's Motion for Final Order of Forfeiture ☐ filed ☐ granted/denied

☐........ Preliminary Order of Forfeiture is outstanding.

☐........ Final Order of Forfeiture, filed.

☒........ Deft shall pay a fine of $ 100,000.00 on Count(s) _____ to be paid by
_____ ☐ in installments of $ _____ per _____ for a total of $ _____.

☒........ A Special Assessment of ☐ $25.00 ☐ $50.00 ☒ $100.00
is imposed as to each of Count(s) 2, 75, 81 for a total of $ 300.00 to be paid immediately

☒........ Court recommends incarceration at Allenwood

☐........ Deft shall pay $ _____ per month for the cost of ☐ incarceration ☐ supervised release
☐ community confinement (halfway house)

☒........ Deft ordered to surrender on 10/15/08 to ☐ U.S. Marshal ☒ institution

☒........ Bond ☒ continued ☐ set at $ _____

☐........ Deft remanded to the custody of the U. S. Marshal

☐........ Govt's motion to dismiss remaining counts filed; ☐ GRANTED ☐ DENIED

☒........ Govt's oral motion to dismiss remaining counts - ☒ GRANTED ☐ DENIED

☐........ PSI filed under seal ☐ If not appealed, PSI may be unsealed & returned to USPO

☐........ Deft shall participate in the 500 hour drug rehabilitation treatment program.

☒........ Oral mot. by Deft. to amend financial affidavit
to include $60,000.00 in cash - granted

☒ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE

☒ Oral mot. by Deft. to amend conditions of release to
include visiting daughter at college - granted

CONDITIONS OF ☒ SUPERVISED RELEASE ☐ PROBATION:

☒...... Mandatory conditions: _1, 2, 4, 5, 8_  ☒ Standard Conditions

☐...... Deft shall pay restitution in the amount of $_____ payable at the rate of
$_____ per month ☐ payable to _____
_____

☒...... Deft shall be fined $____100,000.00____ on Count(s) _2, 75, 81_____ to be paid during
the defendant's period of ☒ supervised release ☐ probation ☐ on a schedule to be
determined by USPO.

☐...... Deft shall obtain a psychiatric and/or psychological evaluation and/or ☐ in-patient
☐ out-patient counseling as deemed necessary by USPO.

☐...... Deft shall obtain substance abuse treatment and/or ☐ in-patient ☐ out-patient
counseling as deemed necessary by USPO.

☐...... Deft shall pay some or all of the costs of substance abuse and/or mental health treatment
if determined appropriate by probation.

☐...... Deft shall submit to random urine testing & monitoring as deemed necessary by USPO.

☐...... Deft. shall receive educational and/or vocational training as deemed necessary by
USPO.

☐...... Deft shall pay the cost of supervision of $_____ per month.

☐...... Deft shall perform community service for a period of _____ hours per week for
_____ year(s) for a total of _____ hours.

☐...... Deft shall obtain and maintain full employment.

☒...... Deft shall have no association with or be in the presence of, use, fabrication, assembly,
transfer or dealing with weapons/firearms of any kind.

☐...... Deft is confined to his/her home for a period of _____ months ☐ with
electronic monitoring ☐ without electronic monitoring.

☐...... Deft shall pay the costs of electronic monitoring.

☐...... Deft is sentenced to community confinement (Halfway House) for a period of
_____ months.

☐...... During the period of house arrest the deft shall be home at all times except for
employment, religious obligations, medical attention, and community service. Deft shall
engage in no social activities with the exception of those exclusively family oriented.

☐...... Deft shall have no involvement nor relationship with nor be in the presence of any person
who uses, deals with, or distributes drugs, nor shall he/she be in the presence of any
actual usage of, dealing in or distribution of drugs of any nature.

☐...... If Deft. is deported, (s)he will not reenter the United States without obtaining advance
written permission from the United States Attorney General and without giving
advance written notice to the United States Attorney's Office in Connecticut and the
United States Probation Office in Connecticut.

☒...... Defendant shall file lawful + timely tax returns, shall
not incur new credit charges or open new lines of credit until
fine is paid in full, shall provide access to USPO of any
requested fin. info, shall not associate directly or indirectly
with Thomas Milo, shall not have any further involvement
with trash hauling industry except one VA. company as
outlined in plea agreement.