AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CT

**EXHIBIT** ~~AND WITNESS~~ **LIST**

USA v. GALANTE

Case Number: 3:06cr161

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | R. Miller / Gustafson | H. Keefe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/3/08 Sentencing | T. Sanchez | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 9/3/08 | ✓ | ✓ | Character Letters |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages