## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**ROBIN D. TABORA**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**FILED**
2010 APR 14  P 12: 32
U.S. DISTRICT COURT
NEW HAVEN, CT

**DINAH MILTON KINNEY**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DIVISION MANAGER
NEW HAVEN

April 9, 2010

Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506

    Re: Case Name: USA v James Galante
        Number: 3:06-cr-00161-EBB-2

Dear Attorney Keefe:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

    Defendant's Exhibit A from 9/3/08 Sentencing Hearing

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

    Sincerely,

    ROBIN D. Tabora, Clerk

    BY _____
    Joanne Pesta
    Deputy Clerk

ACKNOWLEDGMENT: _____  DATE: 4/13/10