**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**ROBIN D. TABORA**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**DINAH MILTON KINNEY**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DIVISION MANAGER
NEW HAVEN

FILED
2010 APR 14 P 12: 32
S. DISTRICT COURT
NEW HAVEN, CT

April 9, 2010

Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull St., Po Box 1612
New Haven, CT 06506

Re: Case Name: USA v Galante, James
    Number: 3:06-cr-00161-EBB-2

Dear Attorney Keefe:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

Defendant's Exhibits from 8/15/06-8/29/06, Motion hearing, 11/3/06-12/06 trial, 6/27/06 hearing and 6/9/06 hearing

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

ROBIN D. Tabora, Clerk

BY _____
Joanne Pesta
Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: 4/13/10