UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO.: 3:06CR161(EBB) |
| v. | ) |
| | ) |
| JAMES E. GALANTE, et al. | ) February 14, 2014 |

---

## MOTION SEEKING SPECIFIC PERFORMANCE
## OF JAMES GALANTE'S PLEA AGREEMENT

James Galante, a defendant in the above entitled case, moves the court for an order enforcing the Plea Agreement entered into by him on June 6, 2008, by ordering the Government to pay him, forthwith, the balance of the $10,750,000 that was promised him upon the sale of certain forfeited properties, more specifically described in the attached Memorandum in Support, for interest and attorneys fees, and for such other relief as may be appropriate.

In support hereof, the defendant Galante submits a Memorandum in Support of this Motion.

1

KLW/34446/2/1196529v1
02/12/14-HRT/KLW

THE DEFENDANT, JAMES GALANTE

By: /s/ Harold James Pickerstein
Harold James Pickerstein (ct05094)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
30 Jelliff Lane
Southport, CT  06890-1436
Tel.   (203) 319-4000
Fax   (203) 259-0251
Email: hpickerstein@pepehazard.com
His Attorney

KLW/34446/2/1196529v1
02/12/14-HRT/KLW

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2014, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

John B. Hughes, Esq,
Assistant United States Attorney
Chief, Civil Division
U.S. Attorney's Office -New Haven Office
Connecticut Financial Center
157 Church Street-25th Floor
New Haven, Connecticut  06510

                                                /s/ Harold James Pickerstein
                                                Harold James Pickerstein